UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SENTENCING MINUTES**

THE HONORABLE ROBERT N. SCOLA, JR.

---

Date: June 14, 2017

Case No: 16-20941-CR-SCOLA

Style: **U.S.A. vs. Luis Miniert**

AUSA: Miesha S. Darrough

Defense Attorney: Erick Cruz

Reporter: Carleen Horenkamp

USPO: Mercedes Sornoza

Interpreter: none

Defendant: present ___✓____ on bond ___✓____

Counts 1 and 5: imprisonment for a term of 12 months and one day.

Supervised Release: two years.

Special Conditions of Probation or Supervised Release: see criminal judgment.

Restitution: $119,210.73

Voluntary Surrender:   7/24/2017 at 12:00 noon.

Fine: none imposed.

Special Assessment: $200.00 due immediately.

The defendant was advised of his/her right to appeal within fourteen days ____✓____.

Recommendations to BOP: South Florida facility.

_____

Miscellaneous:
1) Government's Ore Tenus Motion to Dismiss Remaining Counts as to this defendant is granted.
2) U.S. Probation Officer is ordered to return defendant's Cuban and American passports to the defendant's mother, Doris Ortiz, once it is confirmed he has surrendered for service of sentence.
_____

In-Court Time: 35 minutes